**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jesus Ernesto VICTORICA–REYES,**
**a.k.a. Jesus Ernesto Victorica**
**Reyes, Defendant–Appellant.**

**No. 14–10112.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 17, 2015.*

Filed Feb. 25, 2015.

Michael Lee, Assistant U.S., USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Tonya Jill Peterson, Esquire, Phoenix, AZ, for Defendant–Appellant.

Before: O'SCANNLAIN, LEAVY, and FERNANDEZ, Circuit Judges.

## MEMORANDUM **

Jesus Ernesto Victorica–Reyes appeals from the district court's judgment and challenges his guilty-plea conviction and 120–month sentence for possession with intent to distribute 500 grams or more of methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Victorica–Reyes's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Victorica–Reyes the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Victorica–Reyes waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson,* 582 F.3d 974, 986–88 (9th Cir.2009). We accordingly dismiss the appeal. *See id.* at 988.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**